IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIREMAN'S FUND INSURANCE COMPANY                         PLAINTIFF

VS.                      NO. 4:04CV00375 JMM

LEXINGTON INSURANCE COMPANY and
AIG TECHNICAL SERVICES, INC.                             DEFENDANTS

## ORDER

Pending before the Court is the Plaintiff's Motion to Compel (#51) and the Response thereto. Plaintiffs filed a Report on Status (#54) on July 8, 2005, outlining the progress of Plaintiff's discovery. Based upon the cooperation of the parties as expressed within the status report, the Court hereby GRANTS the Plaintiff's Motion to Compel (#51).

Defendants are directed to provide: 1) all documents in their possession which evidence the granting authority by Lexington to Southern Risk Specialists, Inc. to assemble, write or issue policies on behalf of Lexington that were in effect during the years 2000 through 2002; 2) to provide a copy of any existing cover page for the manual of policy forms; and 3) to provide any existing "initial toolkit note" referenced by Mr. Isotti in his deposition testimony.

**IT IS SO ORDERED this 13th day of July, 2005.**

_____
**James M. Moody
United States District Judge**