IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIREMAN'S FUND INSURANCE COMPANY
MEDICAL LIABILITY MUTUAL INSURANCE COMPANY and
OHIC INSURANCE COMPANY                                         PLAINTIFFS

VS.                    CASE NO. 4:04CV00375 JMM

LEXINGTON INSURANCE COMPANY AND
AIG TECHNICAL SERVICES, INC.                                    DEFENDANTS

## ORDER

Based upon the Court's grant of Fireman's Fund Insurance Company's and OHIC Insurance Company's oral motions for voluntary non-suit made at the hearing held on November 17, 2005, defendant AIG Technical Services, Inc.'s Motion to Dismiss Plaintiffs' Fourth Amended and Substituted Complaint is dismissed as moot (#79).

For the reasons stated into the record at that same hearing, plaintiffs' Motion to Correct Fourth Amended and Substituted Complaint is granted to the extent that Medical Liability Mutual Insurance Company may rely on estoppel in response to any defense by defendants that defendants have no liability for contribution due to failure of the insured to give timely notice under the defendant's policy (#96).  The Motion is denied in all other respects (#96).

IT IS SO ORDERED this   17   day of November, 2005.


_____
James M. Moody
United States District Judge