Case 4:04-cv-00375-JMM   Document 103   Filed 11/17/05   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 17 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

4:04CV00375 JMM

ORDER

# SEALED

# DOCUMENT

Document No. 103